PROB 12C
(7/93)

Report Date: June 13, 2011

# United States District Court

## for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 3 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hipolito Sanchez Castillo        Case Number: 2:10CR02084-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 8/23/2003

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and (b)(1)(A)(II)(ii) |
| Original Sentence: | Prison - 65 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | Jane Kirk |
| Defense Attorney: | Alex B. Hernandez, III |

| | |
|---|---|
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | 1/25/2008 |
| Date Supervision Expires: | 1/24/2013 |

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition**: The defendant shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse.
 | **Supporting Evidence**: On June 7, 2011, Hipolito Castillo failed to report to Merit Resource Services (Merit) for a scheduled urinalysis test.
 | On June 6, 2011, the defendant reported to the U.S. Probation Office and was referred to Merit for urinalysis testing and substance abuse treatment. Mr. Castillo was directed to begin calling the urinalysis color line starting on June 7, 2011. The defendant was advised that if his color "white" was called he would need to report to the Merit office that same day to submit a urinalysis test. On June 7, 2011, the defendant called the color line as directed, but failed to report for his scheduled urinalysis test that same day. On June 8, 2011, he reported to the U.S. Probation Office and related the reason he failed to report for his scheduled urinalysis test was because he believed his urine sample would test positive for methamphetamine.

| | |
|---|---|
| 2 | **Mandatory Condition**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On June 8, 2011, Hipolito Castillo reported to the U.S. Probation Office and submitted a urinalysis which tested presumptive positive for methamphetamine. Laboratory results are pending.

When questioned about illegal drug use, the defendant denied using but did say his brother-in-law had placed some methamphetamine in his soda pop while at a baby shower on June 5, 2011.

| | |
|---|---|
| 3 | **Mandatory Condition**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

**Supporting Evidence**: On June 10, 2011, Hipolito Castillo reported to Merit Resource Services and submitted a urinalysis sample, which tested presumptive positive for methamphetamine. Laboratory results are pending.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 13, 2011

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

June 13, 2011
Date