PROB 12B
(7/93)

Report Date: January 26, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 30 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Hipolito Sanchez Castillo      Case Number: 2:10CR02084-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen

Date of Original Sentence: 8/23/2003            Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and (b)(1)(A)(II)(ii)

Date Supervision Commenced: 1/23/2012

Original Sentence: Prison - 65 Months; TSR - 60 Months

Date Supervision Expires: 4/22/2016

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

## CAUSE

Mr. Sanchez-Castillo has a history of illegal drug use and is in need of substance abuse treatment and testing. Although he has a special condition in place for treatment services, he does not have a condition for urinalysis testing. The defendant acknowledges the need for such services and has agreed to have his conditions of supervision modified accordingly. Should Your Honor concur, enclosed is a waiver signed by the defendant agreeing to the above modification.

Prob 12B
Re: Castillo, Hipolito Sanchez
January 26, 2012
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 26, 2012

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

1/30/12
Date

PROB 49
(3/89)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 3 0 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

# United States District Court

### Eastern District of Washington

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

19    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Witness: _____        Signed: _____
         Jose Vargas                              Hipolito Sanchez Castillo
         U.S. Probation Officer                   Probationer or Supervised Releasee

                    January 26, 2012
                         Date