PROB 12C
(7/93)

Report Date: February 28, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 28 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hipolito Sanchez-Castillo          Case Number: 2:10CR02084-001

Address of Offender:                          Grandview, WA 98930

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 8/23/2003

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Cocaine, 21 U.S.C. §§ 841(a)(1) & (b)(1)(A) and (b)(1)(A)(II)(ii) |
| Original Sentence: | Prison - 65 Months; TSR - 60 Months |
| Asst. U.S. Attorney: | Jane Kirk |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: 1/23/2012

Date Supervision Expires: 4/22/2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 27, 2013, Hipolito Sanchez-Castillo admitted to possessing methamphetamine and drug paraphernalia.<br><br>On February 27, 2013, contact was made with the defendant at his listed residence for the purpose of conducting a search of his person, residence, and vehicle. After being advised of the reason for the search, the defendant admitted he had a meth pipe which was hidden in the living room couch and a baggie of methamphetamine which was in the sunroof area of his vehicle. The defendant advised he had been using methamphetamine since February 2, 2013, and last used earlier that day during his lunch break at work. Both items were subsequently located and taken as evidence by the Grandview Police Department. Mr. Sanchez-Castillo was subsequently arrested |

Prob12C
Re: Sanchez-Castillo, Hipolito
February 28, 2013
Page 2

|   |   |
|---|---|
|   | and charged with possession of methamphetamine (Grandview Police Department case number 13V0813). The defendant is currently scheduled to appear in Yakima County Superior Court on February 28, 2013. |
| 2 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
|   | **Supporting Evidence**: On February 12, 2013, Hipolito Sanchez-Castillo submitted a urine sample at Merit Resource Services which tested presumptive positive for methamphetamine. Test results were subsequently confirmed by Alere Toxicology Services. |
|   | On February 27, 2013, the defendant admitted to using methamphetamine several times since February 2, 2013, and said he lasted used earlier that day during his lunch break at work. Mr. Sanchez-Castillo reviewed and signed an admission of drug use form acknowledging his use. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/28/2013

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

*February 28, 2013*
Date