PROB 12C
(7/93)

Report Date: March 9, 2011

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 09 2011

JAMES R. LARSEN, DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hipolito Sanchez Castillo         Case Number: 2:10CR02084-001

Address of Offender: Name used 03: Sanchez-Castillo, Hipolio, Grandview, WA  98930

Name of Sentencing Judicial Officer:  The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  8/23/2003

| | |
|---|---|
| Original Offense: | Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1)&(b)(1)(A) |
| Original Sentence: | Prison - 65 Months; TSR - 60 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael C. Ormsby |
| | Date Supervision Commenced: 1/25/2008 |
| Defense Attorney: | Roger Peven |
| | Date Supervision Expires: 1/24/2013 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition 3**: The defendant shall report to the Probation Office as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.<br><br>**Supporting Evidence**: On March 9, 2011, the defendant failed ro report for his scheduled STEP meeting in Richland. |
| 2 | **Mandatory Condition 8:** You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic of other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.<br><br>**Supporting Evidence**: On March 4, 2011, the defendant reported to the probation office in Richland and admitted to using methamphetamine on March 3, 2011. A urine sample was taken and returned positive for the presence of methamphetamine.<br><br>On March 7, 2011, the defendant reported to First Step Counseling Services and provided a random urinalysis test. This sample returned presumptive positive for the presence of methamphetamine. The defendant admitted to using methamphetamine on March 4, 2011. The sample was forwarded for confirmation. |

Prob12C
Re: Castillo, Hipolito Sanchez
March 9, 2011
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/09/2011

s/David L. McCary

David L. McCary
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

March 9, 2011
Date